IN THE IN THE SUPREME COURT OF THE STATE OF FLORIDA

**JOHN W. BENNETT**, )
)   FILED
)   8-28-20
)   CLERK, U.S. DISTRICT COURT
Plaintiff, )   MIDDLE DISTRICT OF FLORIDA
)   JACKSONVILLE, FLORIDA
v. )
)   Civil Action No. 3:20-cv-973-J-39PDB
Defendant )
State of Florida )
,    )
Cynthia Mungin Jessie Bennett, Jason Upchurch

### PETITION FOR WRIT OF HABEAS CORPUS
### AND EMERGENCY MOTION FOR RETURN OF CHILD
### Or EMERGENCY TEMPORARY CUSTODY BY EXTENDED FAMILY 751.04

and emergency motion for return of child against the respondant/
Cynthia Mungin , upon the following grounds:
FLORIDA ADMINISTATIVE PROCEDURES ACT
FLORIDA CONSTITUTION, ARTICAL 1 sec. 13, UCCJEA
Hues Convention 61.524(525)   UCCJEA .UNJUSTIFIED CONDUCT
Law violations
FLORIDA ADMINISTRATIVEL CODE 2017  65C-29.003(c) TITLE 42USC 408, 18USC 1001,  18 USC 241 ,18 USC 371 Violations of Florida Rules of Juvenile Procedure 8.165(a)(b)2,4.Florida Constitution violation.5,9,12,16,Fl.Stat933.06,933.17,18 .817.535,817.03,.17, .19, .20 , 679.085, 895.02(1)a , 39.301(13) , 39.401b(3),39.402(c),39.402(8)h(5)b,c, 39.502(8)h(7),39.507(8),39.601(1)a,39.602(4)b(6), 985.011(1)b,c,e,f(2)  985.0323(a) (b)28,33,63.063 Violations of Constitutional rights. No DUE PROCESS of law. No procedural Due Process, notice or service.

Parent/Bio Mother. -Jessie L CoxBennett. minor    :   G.C.U.   age- 9 yr. stapfather : John bennett 2710 Rutgers Dr.Panama City FL.32405 waynebennett818@gmail.com 850704-0842       The Respondent is unlawfully detaining and withholding custody of the minor child from his parent/.

IN THE IN THE SUPREME COURT OF THE STATE OF FLORIDA

CASE NO.: _____

JOHN W BENNETT
Plaintiff/Petitioner,

v.

STATE OF FLORIDA
~~Defendant/Respondent.~~
Cindthia Mungin, State of Florida        /
Jason Upchurch    Jessie Bennett

### NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING

Pursuant to Florida Rule of Judicial Administration 2.420(d)(2), the filer of a court record at the time of filing shall indicate whether any confidential information is included within the document being filed; identify the confidentiality provision that applies to the identified information; and identify the precise location of the confidential information within the document being filed.

Title/Type of Document(s): __EMERGENCY__

**Indicate the applicable confidentiality provision(s) below from Rule 2.420(d)(1)(B), by specifying the location within the document on the space provided:**

_____ Chapter 39 records relating to dependency matters, termination of parental rights, guardians ad litem, child abuse, neglect, and abandonment. § 39.0132(3), Fla. Stat. (If the document is filed within a Chapter 39 case, this form is not required.)

__JWB__ Adoption records. § 63.162, Fla. Stat. (If the document is filed within a Chapter 63 adoption case, this form is not required.)

__JWB__ Social Security, bank account, charge, debit, and credit card numbers in court records. § 119.0714(1)(i)–(j), (2)(a)–(e), Fla. Stat. (Unless redaction is requested pursuant to § 119.0714(2), this information is exempt only as of January 1, 2011.)

_____ HIV test results and patient identity within the HIV test results. § 381.004(3)(e), Fla. Stat.

_____ Sexually transmitted diseases — test results and identity within the test results when provided by the Department of Health or the department's authorized representative. § 384.29, Fla. Stat.

\_\_\_\_\_ Birth and death certificates, including court-issued delayed birth certificates and fetal death certificates. §§ 382.008(6), 382.025(1)(a), Fla. Stat.

\_\_\_\_\_ Identifying information in petition by minor for waiver of parental notice when seeking to terminate pregnancy. § 390.01116, Fla. Stat. (If the document is filed within a Ch. 390 waiver of parental notice case, this form is not required.)

\_\_\_\_\_ Identifying information in clinical mental health records under the Baker Act. §394.4615(7), Fla. Stat.

**JWB** Records of substance abuse service providers which pertain to the identity, diagnosis, and prognosis of and service provision to individuals who have received services from substance abuse service providers. § 397.501(7), Fla. Stat.

\_\_\_\_\_ Identifying information in clinical records of detained criminal defendants found incompetent to proceed or acquitted by reason of insanity. § 916.107(8), Fla. Stat.

\_\_\_\_\_ Estate inventories and accountings. § 733.604(1), Fla. Stat.

**JWB** Victim's address in domestic violence action on petitioner's request. § 741.30(3)(b), Fla. Stat.

\_\_\_\_\_ Information identifying victims of sexual offenses, including child sexual abuse. §§ 119.071(2)(h), 119.0714(1)(h), Fla. Stat.

\_\_\_\_\_ Gestational surrogacy records. § 742.16(9), Fla. Stat.

\_\_\_\_\_ Guardianship reports and orders appointing court monitors in guardianship cases. §§ 744.1076, 744.3701, Fla. Stat.

\_\_\_\_\_ Grand jury records. Ch. 905, Fla. Stat. (If the document is filed in a Ch. 905 grand jury proceeding, this form is not required.)

\_\_\_\_\_ Information acquired by courts and law enforcement regarding family services for children. § 984.06(3)–(4), Fla. Stat. (If the document is filed in a Ch. 984 family services for children case, this form is not required.)

\_\_\_\_\_ Juvenile delinquency records. §§ 985.04(1), 985.045(2), Fla. Stat. (If the document is filed in a Ch. 985 juvenile delinquency case, this form is not required.)

\_\_\_\_\_ Information disclosing the identity of persons subject to tuberculosis proceedings and records of the Department of Health in suspected tuberculosis cases. §§ 392.545, 392.65, Fla. Stat.

\_\_\_\_\_ <u>Presentence investigation reports and attached psychological or psychiatric evaluations.</u> Fla. R. Crim. P. 3.712; §§ 921.231(1)(i), 948.015(9), Fla. Stat.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by U.S. mail / personal service to: __Cynthia Mungin__, on __July__, 20__20__.

_/s/ John W Bennett_
Attorney Name: JOHN W. BENNETT
Address: 2710 RUTGERS DR P.C. FL
Phone: 850-704-8842
Florida Bar No. ........................

**Note:** The clerk of court shall review filings identified as containing confidential information to determine whether the information is facially subject to confidentiality under the identified provision. The clerk shall notify the filer in writing within 5 days if the clerk determines that the information is NOT subject to confidentiality, and the records shall not be held as confidential for more than 10 days, unless a motion is filed pursuant to subdivision (d)(3) of the Rule. Fla. R. Jud. Admin. 2.420(d)(2).